UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUDY WETHINGTON, et al., | : | Case No. C-1-01-441 |
| | : | |
| Plaintiffs, | : | Judge Spiegel |
| | : | |
| vs. | : | |
| | : | |
| PURDUE PHARMA, L. P., et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' SUBMISSION OF NEW EXHIBIT
IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Subsequent to the hearing on class certification, Plaintiffs learned through press accounts that a former employee of Defendant Purdue Pharma L.P. ("Purdue") recently filed a wrongful termination action against Purdue. The action is for a variety of claims related to Purdue's conduct in manufacturing Oxycontin. Upon learning of the newly filed action, Plaintiffs obtained a copy of the complaint.

One of the claims in the complaint relates to Purdue's use of a form of Oxycodone HCL that dissolves in the human body at a potentially dangerous rate. According to the Plaintiff, a former Assistant Director at Purdue, the use of the form of Oxycodone HCL used by Purdue can contribute to "overdosing and potentially lead to addiction." Complaint at ¶ 8. A copy of the Complaint is attached as Exhibit "A". Plaintiffs submit this newly fled complaint as an

1

exhibit because it demonstrates that predominant common class wide issues concerning whether Oxycontin is a defective product.

                    Respectfully submitted,

                    /s/ Terrence L. Goodman
                    Stanley M. Chesley (0000852)
                    Terrence L. Goodman (0009148)
                    WAITE, SCHNEIDER, BAYLESS,
                      & CHESLEY CO., L.P.A.
                    1513 Central Trust Tower
                    Cincinnati, OH 45202
                    (513) 621-0267
                    Fax: (513) 381-2375
                    TerryGoodman@WSBClaw.com

**Of Counsel:**

Carl Frankovich, Esq.
FRANKOVICH, ANETAKIS, COLANTONIO & SIMON
337 Penco Road
Weirton, West Virginia 26062
(304) 723-4400
Fax: (304) 723-5892

C. David Ewing, Esq.
GARDNER, EWING & SOUZA
462 S. 4th Avenue, #1600
Louisville, Kentucky 40202
(502) 585-5800
Fax: (502) 585-5858

Scott J. Frederick, Esq.
Law Offices of Scott J. Frederick, LLC
304 North Second Street
Hamilton, Ohio 45011
(513) 737-5100
Fax: (513) 785-3625

James E. Swaim, Esq.
FLANAGAN, LIEBERMAN, HOFFMAN & SWAIM
318 West Fourth Street
Dayton, Ohio 45402
(937) 223-5200
Fax: (937) 223-3335

William J. Gallion, Esq.
WILLIAM J. GALLION & ASSOCIATES
163 East Main Street, Suite 401
Lexington, Kentucky 40507
(859) 381-9903
Fax:  (859) 381-9933

Shirley Allen Cunningham, Jr., Esq.
CUNNINGHAM & GRUNDY LAW GROUP
3101 Richmond Road, Suite 304
Lexington, Kentucky 40509
(859) 268-9223
Fax: (859) 266-9283

David L. Helmers, Esq.
DAVID L. HELMERS & ASSOCIATES
163 East Main Street, Suite 300
Lexington, Kentucky 40507
(859) 252-2927
Fax: (859) 252-2928

Ira E. Branham, Esq.
P.O. Box 1499
Pikeville, Kentucky 41502
(606) 432-2704
Fax: (606) 433-1436

Robert T. Dassow, Esq.
Nicholas C. Deets, Esq.
HOVDE LAW FIRM
One Meridian Plaza
10585 N. Meridian Street, Suite 205
Indianapolis, IN 46290
(317) 818-3100
Fax: (317) 818-3111

Ruskin C. Foster, Esq.
T. English McCutchen, Esq.
MCCUTCHEN BLANTON JOHNSON
    & BARNETTE, LLP
1414 Lady Street
P.O. Box Drawer 11209
Columbia, SC 29211-1209
(803) 799-9791
Fax: (803) 253-6084

J. Preston Strom, Jr., Esq.
STROM LAW FIRM LLC
1500 Main Street
Suite 700
Columbia, SC 29201
(803) 252-4800
Fax: (803) 252-4801

# CERTIFICATE OF SERVICE

I certify that a copy of Plaintiffs' Submission of New Exhibit in Support of Motion for Class Certification was served by First Class United States Mail, postage prepaid and on the following counsel for Defendants this 8th day of September 2003:

David Cupps, Esq.
VORYS, SATER, SEYMOUR
AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43215-1008
(614) 464-6400

Daniel J. Buckley, Esq.
Phillip J. Smith, Esq.
VORYS, SATER, SEYMOUR
AND PEASE LLP
Suite 2100, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio 45201-0236
(513) 723-4000

Joseph P. Thomas, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
(513) 762-6204

Paul F. Strain, Esq.
M. King Hill, III
VENABLE, BAETJER &
HOWARD, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

/S/Terrence L. Goodman
Terrence L. Goodman