UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUDY WETHINGTON, *et al.*, : | |
| : | Case No. 1:01cv441 |
| Plaintiffs, : | |
| : | Judge S. Arthur Spiegel |
| v. : | |
| : | |
| PURDUE PHARMA, L.P., *et al.*, : | |
| : | |
| Defendants. : | |

### PURDUE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and PRA Holdings, Inc. ("Purdue") hereby give notice of supplemental authority, *In Re Baycol Product Litigation*, MDL No. 1431 (D. Minn. Sept. 17, 2003) (copy attached).

In *Baycol,* the plaintiffs asserted product liability claims arising out of the defendants' marketing of the prescription drug Baycol and asked Judge Davis to certify personal injury, medical monitoring, and refund classes in the cases consolidated before him pursuant to the order of the Judicial Panel on Multidistrict Litigation. The district court rejected certification of any class. In doing so, the court noted the weight of authorities that have denied certification for product liability classes in prescription drug cases. *Id.* at 7-8 ("Many courts presiding over similar products liability case involving prescription drugs have denied similar requests for class certification. . . . To date, no Court of Appeals decision has approved class certification of an action involving prescription drugs.") Notwithstanding the plaintiffs' assertion that their claims were typical because they arose "from a single product and the same conduct," the court held

-2-

that the existence of "individual issues such as injury, causation, the learned intermediary doctrine and comparative fault" precluded a finding of typicality. *Id.* at 12. Additionally, the court specifically rejected Rule 23(c)(4) issue certification in view of the numerous individual issues that were inextricably intertwined with any common issues. *Id.* at 22.

Accordingly, Purdue respectfully submits the *Baycol* decision as further support for its request that the Court deny plaintiffs' motion for class certification in this action.

Respectfully submitted,

s/ David S. Cupps by s/Phillip J. Smith
David S. Cupps Bar Number 0017002
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43216-1008
(614) 464-6400
(614) 464-6350 (Facsimile)
E-mail:dscupps@vssp.com

Attorney for Defendants,
Purdue Pharma L.P., Purdue Pharma Inc.,
The Purdue Frederick Company,
Purdue Pharmaceuticals L.P.,
The P.F. Laboratories, Inc., and PRA Holdings, Inc.

**OF COUNSEL:**
Daniel J. Buckley      (0003772)
Phillip J. Smith        (0062942)
VORYS, SATER, SEYMOUR AND
 PEASE LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
(513) 723-4000
(513) 723-4056 (Facsimile)
E-mail:djbuckley@vssp.com
        pjsmith@vssp.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Stanley Morris Chesley**
stanchesley@wsbclaw.cc

**Renee Ann Infante**
ReneeInfante@wsbclaw.cc

**Joseph P. Thomas**
jthomas@ulmer.com
tthomson@ulmer.com
csteele@ulmer.com

**Terrence Lee Goodman**
terrygooodman@wsbclaw.com

**James F. Keller**
jfk@zgottesmanlaw.com

I further certify that I have mailed by regular U.S. mail, postage prepaid, the foregoing to the following non-CM/ECF participants:

**Carl N. Frankovitch**
**Michael G. Simon**
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV 26062

**Louise Malbin Roselle**
Waite Schneider Bayless & Chesley Co LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

**Charles David Ewing**
Gardner, Ewing & Souza
1600 Meidinger Tower
462 S Fourth Ave
Louisville, KY 40202

**Scott J. Frederick**
304 North Second Street
Hamilton, OH 45011

**Paul Farrell Strain**
**M. King Hill**
Venable Baetjer & Howard LLP
PO Box 5517
210 Allegheny Avenue
Towson, MD 21204

**Shannon Jo Cook**
Ulmer & Berne LLP - 1
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, OH 45202-2409

**Ruskin C. Foster**
McCutchen Blanton Johnson & Barnette LLP
1414 Lady Street
PO Box Drawer 11209
Columbia, SC 29211-1209

**T. English McCutchen**
McCutchen Blanton Johnson & Barnette LLP
1414 Lady Street
PO Box Drawer 11209
Columbia, SC 29211-1209

-4-

**J. Preston Strom**  
Strom Law Firm LLC  
1501 Main Street  
Suite 700  
Columbia, SC 29201  

**James Edwin Swaim**  
Flanagan Lieberman Hoffman & Swaim  
318 W Fourth Street  
Dayton, OH 45402  

s/ Phillip J. Smith  
Phillip J. Smith Bar Number: 0062942  
VORYS, SATER, SEYMOUR AND PEASE LLP  
Suite 2000, Atrium Two  
221 East Fourth Street  
P.O. Box 0236  
Cincinnati, Ohio  45201-0236  
(513) 723-4000  
(513) 723-4056 (Facsimile)  
E-mail: pjsmith@vssp.com