UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUDY WETHINGTON, et al., | : | NO. 1:01-CV-00441 |
| Plaintiffs, | : | |
| | : | **ORDER** |
| v. | : | |
| PURDUE PHARMA LP, et al., | : | |
| Defendants. | : | |

This matter is before the Court on the Motion to Strike by the Purdue Defendants (doc. 112), Plaintiffs' Reply (doc. 113), Plaintiffs' Submission of New Exhibit in Support of Motion for Class Certification (doc. 114), and Purdue Defendants' Motion to Strike Plaintiffs' New Exhibit (doc. 115).

Having reviewed this matter, the Court finds that all of the above motions are rendered moot by the Court's October 1, 2003 Order denying Plaintiffs' Amended Motion for Class Certification (doc. 117). Accordingly, the Court DENIES as MOOT Defendants' Motion to Strike (doc. 112), and Motion to Strike (doc. 115).

SO ORDERED.

Dated: October 17, 2003    s/S. Arthur Spiegel
                           S. Arthur Spiegel
                           United States Senior District Judge