UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JUDY WETHINGTON, *et al.*,   :  <br>  :  <br> Plaintiffs,  :  <br>  :  <br> v.  :  <br>  :  <br> PURDUE PHARMA, L.P., *et al.*,  :  <br>  :  <br> Defendants.  :  | Case No. 1:01cv441 <br><br> Judge S. Arthur Spiegel |

**PURDUE DEFENDANTS' AND ABBOTT DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF WETHINGTON'S MOTION TO RECONSIDER ORDER DENYING CLASS CERTIFICATION**

Now come Defendants Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Purdue Pharmaceuticals L.P., The P.F. Laboratories, Inc., and PRA Holdings Inc. (collectively, "Purdue") and Defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott"), and pursuant to Rule 7.3(a) of the Local Rules of the United States District Court for the Southern District of Ohio, hereby move for an enlargement of time, to December 4, 2003 with which to respond to Plaintiff Wethington's Motion to Reconsider Order Denying Class Certification. All Counsel agree to the dates proposed in this Motion and the Agreed Order.

Respectfully submitted,

| | |
|---|---|
| s/ David S. Cupps by s/ Daniel J. Buckley | s/ Joseph P. Thomas by s/ Daniel J. Buckley |
| David S. Cupps Bar Number 0017002 | Joseph P. Thomas Bar Number 0040379 |
| Vorys, Sater, Seymour and Pease LLP | Ulmer & Berne LLP |
| 52 East Gay Street | 600 Vine Street, Suite 2800 |
| Columbus, Ohio 43216-1008 | Cincinnati, Ohio 45202-2409 |
| (614) 464-6400 | (513) 762-6200 |
| (614) 464-6350 (Facsimile) | (513) 762-6250 (Facsimile) |
| E-mail: dscupps@vssp.com | E-mail: jthomas@ulmer.com |
| | |
| Attorney for Defendants, | Attorney for Defendants, |
| Purdue Pharma L.P., Purdue Pharma Inc., | Abbott Laboratories and |
| The Purdue Frederick Company, | Abbott Laboratories, Inc. |
| Purdue Pharmaceuticals L.P., | |
| The P.F. Laboratories, Inc., and PRA Holdings, Inc. | |

**OF COUNSEL:**
Daniel J. Buckley     (0003772)
Phillip J. Smith        (0062942)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio 45201-0236
(513) 723-4000
(513) 723-4056 (Facsimile)
E-mail:djbuckley@vssp.com
       pjsmith@vssp.com


**MOTION AGREED TO BY**:

s/ Stanley M. Chesley by s/ Daniel J. Buckley
Stanley M. Chesley Bar Number 0000852
Waite, Schneider, Bayless, & Chesley Co., L.P.A.
1513 Fourth and Vine Tower
Cincinnati, Ohio 45202
(513) 621-0267
E-mail: stanchesley@wsbclaw.cc

Attorney for Plaintiffs

.

## CERTIFICATE OF SERVICE

   I hereby certify that on November 21, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Stanley Morris Chesley**
  stanchesley@wsbclaw.cc

- **Renee Ann Infante**
  ReneeInfante@wsbclaw.cc

- **Joseph P Thomas**
  jthomas@ulmer.com
  tthomson@ulmer.com
  csteele@ulmer.com

- **Terrence Lee Goodman**
  terrygooodman@wsbclaw.com

- **James F Keller**
  jfk@zgottesmanlaw.com

I further certify that I have mailed by regular U.S. mail, postage prepaid, the foregoing to the following non-CM/ECF participants:

**Carl N Frankovitch**
**Michael G Simon**
Frankovitch Anetakis Colantonio & Simon
337 Penco Road
Weirton, WV 26062

**Louise Malbin Roselle**
Waite Schneider Bayless & Chesley Co LPA
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

**Charles David Ewing**
Gardner, Ewing & Souza
1600 Meidinger Tower
462 S Fourth Ave
Louisville, KY 40202

**Scott J. Frederick**
304 North Second Street
Hamilton, OH 45011

**Paul Farrell Strain**
**M. King Hill**
Venable Baetjer & Howard LLP
PO Box 5517
210 Allegheny Avenue
Towson, MD 21204

**Shannon Jo Cook**
Ulmer & Berne LLP - 1
2800 Cincinnati Commerce Center
600 Vine Street
Cincinnati, OH 45202-2409

**Ruskin C. Foster**
McCutchen Blanton Johnson & Barnette LLP
1414 Lady Street
PO Box Drawer 11209
Columbia, SC 29211-1209

**T. English McCutchen**
McCutchen Blanton Johnson & Barnette LLP
1414 Lady Street
PO Box Drawer 11209
Columbia, SC 29211-1209

| | |
|---|---|
| **J. Preston Strom**<br>Strom Law Firm LLC<br>1501 Main Street<br>Suite 700<br>Columbia, SC 29201 | **James Edwin Swaim**<br>Flanagan Lieberman Hoffman & Swaim - 3<br>318 W Fourth Street<br>Dayton, OH 45402 |

s/ Daniel J. Buckley
Daniel J. Buckley Bar Number: 0003772
 Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
(513) 723-4000
(513) 723-4056 (Facsimile)
E-mail: djbuckley@vssp.com