**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JUDY WETHINGTON, *et al.*, : | |
| : | Case No. 1:01cv441 |
| Plaintiffs, : | |
| : | Judge S. Arthur Spiegel |
| v. : | |
| : | |
| PURDUE PHARMA, L.P., *et al.*, : | |
| : | |
| Defendants. : | |

### AGREED ORDER GRANTING PURDUE DEFENDANTS' AND ABBOTT DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF WETHINGTON'S MOTION TO RECONSIDER ORDER DENYING CLASS CERTIFICATION (DOC. 120)

Upon motion of Purdue Defendants and Abbott Defendants (collectively, "Defendants") for an Order enlarging the time for response by Defendants to Plaintiff Wethington's Motion to Reconsider Order Denying Class Certification to December 4, 2003, and for reply to said response to December 17, 2003:

It is hereby ordered that the time for Defendants to respond to Plaintiff Wethington's Motion to Reconsider Order Denying Class Certification is enlarged to December 4, 2003. It is further ordered that Plaintiffs' time to reply to said response is enlarged to December 17, 2003.


November 25, 2003                          s/S. Arthur Spiegel
Date                                       Judge S. Arthur Spiegel

AGREED TO BY:

s/ David S. Cupps by s/ Daniel J. Buckley
David S. Cupps Bar Number 0017002
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio  43216-1008
(614) 464-6400
(614) 464-6350 (Facsimile)
E-mail: dscupps@vssp.com

**Attorney for Defendants,
Purdue Pharma L.P., Purdue Pharma Inc.,
The Purdue Frederick Company,
Purdue Pharmaceuticals L.P.,
The P.F. Laboratories, Inc.,
and PRA Holdings, Inc**.

**OF COUNSEL:**
Daniel J. Buckley      (0003772)
Phillip J. Smith       (0062942)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two
221 East Fourth Street
P.O. Box 0236
Cincinnati, Ohio  45201-0236
(513) 723-4000
(513) 723-4056 (Facsimile)
E-mail:djbuckley@vssp.com
       pjsmith@vssp.com

s/ Joseph P. Thomas  by s/ Daniel J. Buckley
Joseph P. Thomas Bar Number 0040379
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202-2409
(513) 762-6200
(513) 762-6250 (Facsimile)
E-mail:  jthomas@ulmer.com

**Attorney for Defendants,
Abbott Laboratories and
Abbott Laboratories, Inc.**

s/ Stanley M. Chesley by s/ Daniel J. Buckley
Stanley M. Chesley Bar Number 0000852
Waite, Schneider, Bayless, & Chesley Co., L.P.A.
1513 Fourth and Vine Tower
Cincinnati, Ohio  45202
(513) 621-0267
E-mail: stanchesley@wsbclaw.cc

**Attorney for Plaintiffs**