UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JUDY WETHINGTON, et al.,** | : | **Case No. C-1-01-441** |
| | : | |
| Plaintiffs, | : | **Judge Spiegel** |
| | : | |
| vs. | : | |
| | : | |
| **PURDUE PHARMA, L. P., et al.,** | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF VICTORIA DeTOLEDO**

1.   I, Victoria DeToledo, am an attorney and represent Marek Zakrzewski, PH.D. Dr. Zakrzewski filed a lawsuit against his former employer Purdue Pharma.

2.   In October of 2003, Dr. Zakrewski filed an amended complaint. An accurate copy of the Amended Complaint is attached to this Declaration as Exhibit "1".

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ **VICTORIA DeTOLEDO**

Victoria de Toledo, Esq.
Casper & de Toledo
1458 Bedford Street
Stamford, CT 06905
Tel. No.: (203) 325-8600
Juris No. 106056