AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JUDY WETHINGTON, et al,

                Case Number:   1:01-cv-00441

V.

PURDUE PHARMACEUTICALS, LP, et al,   Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | OCTOBER 20, 2004 at 9:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Stanley Chesley, Esq.   Renee Infante, Esq.   James Keller, Esq.   Terrence Goodman, Esq.
   J Preston Strom, Jr., Esq.   Ruskin Foster, Esq.   T. English McCutchen, Esq.   Carl Frankovich, Esq.
   Charles Ewing, Esq.   Louise Roselle, Esq.   Scott Frederick, Esq.   James Swaim, Esq.
   Daniel Buckley, Esq.   David Cupps, Esq.   Phillip Jude Smith, Esq.   Joseph Thomas, Esq.
   Milton Hill, III, Esq.   Paul Strain, Esq.   Shannon Cook, Esq.