UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUDY WETHINGTON, <u>et al.</u>, | : | |
| Plaintiffs, | : | Case No. C-1-01-441 |
| vs. | : | Judge S. Arthur Spiegel |
| PURDUE PHARMA, L.P., <u>et al.</u>, | : | STIPULATION OF DISMISSAL |
| Defendants. | : | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned attorneys for the plaintiffs and the undersigned attorneys for the defendants that the above-entitled action is discontinued and the complaint dismissed as to all defendants, without prejudice and with each party bearing its own costs.

<u>/s/ Stanley M. Chesley by /s/ Phillip J. Smith
per authorization</u>
Stanley M. Chesley, Esq.
Carl N. Frankovitch, Esq.
C. David Ewing, Esq.
Scott J. Frederick, Esq.
James E. Swaim, Esq.
William J. Gallion, Esq.
Shirley Allen Cunningham, Esq.
David L. Helmers, Esq.
COUNSEL FOR PLAINTIFFS

<u>/s/ David S. Cupps</u>
Daniel J. Buckley, Esq.
David S. Cupps, Esq.
Phillip J. Smith, Esq.
Anthony L. Osterlund, Esq.
COUNSEL TO PURDUE PHARMA L.P.,
PURDUE PHARMA INC., THE PURDUE
FREDERICK COMPANY, PURDUE
PHARMACEUTICALS L.P., THE P.F.
LABORATORIES, INC., AND PRA
HOLDINGS, INC.

<u>/s/ Joseph P. Thomas by /s/ Phillip J. Smith
per authorization</u>
Joseph P. Thomas, Esq.
Paul F. Strain, Esq.
M. King Hill, III, Esq.
COUNSEL TO ABBOTT LABORATORIES
AND ABBOTT LABORATORIES, INC.

07/21/2005 - 539265